IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: |
| | ) | |
| TASHAWNA DENISE STOKES, M.D. | ) | 1:14-cr-00290-TWT-GGB |
| _____ | ) | |

PRELIMINARY MOTION TO SUPPRESS EVIDENCE

COMES NOW, Dr. TASHAWNA STOKES, by and through undersigned counsel, pursuant to the Fourth and Fifth Amendments to the United States Constitution and Rule 12 of the Federal Rules of Criminal Procedure, and hereby files this Preliminary Motion to Suppress Evidence. In support of this filing, counsel shows as follows:

In July 2015, a grand jury serving in this District returned a First Superseding Indictment against Dr. Tashawna Stokes and her husband, Dr. Jameson Stokes. Dr. Stokes and her husband are both medical doctors licensed to practice here in Georgia.

In total, the Indictment includes twenty-one (21) counts and a forfeiture provision. Dr. Jameson Stokes is charged in all twenty-one (21) counts, and Dr. Tashawna Stokes is charged in sixteen (16) of those counts. The Indictment includes charges pertaining to a number of federal statutes, including a conspiracy charge under 21 U.S.C. § 846, substantive charges

under 21 U.S.C. § 841, and conspiracy and substantive charges under 21 U.S.C. §§ 1956(h) and 1957. In essence, the Indictment asserts that Dr. Jameson Stokes and his wife overprescribed controlled substances in violation of federal law, and committed money laundering offenses with the proceeds of the alleged overprescribing activity.

In connection with the arraignment in this matter, defense counsel received a number of discovery documents. A review of these documents reveals that on August 7, 2014, law enforcement officers executed search warrants at two locations, including the medical clinic where Dr. Tashawna Stokes was working. On that same day, agents questioned Dr. Tashawha Stokes.

In this Motion, it is our position that during the questioning referenced above, agents "seized" Dr. Tashawna Stokes within the meaning of the Fourth Amendment. Thereafter, Dr. Tashawna Stokes purportedly consented to a search of a database containing company records. Counsel suspects that during the trial of this matter, the Government will seek to introduce the statement provided by Dr. Stokes on August 7, 2014, as well as information gleaned from the search of the company database.

In this Motion, Dr. Stokes challenges all of the law enforcement activity described above. Specifically, it is Mr. Stokes's contention that with respect to the initial "seizure",

2

and the subsequent search, law enforcement authorities lacked the requisite level of constitutional cause to engage in this activity.

Importantly, since it is undisputed that both the "seizure" and the subsequent "search" of the company records were effectuated <u>without</u> a warrant, the Government bears the burden of justifying the law enforcement officer's actions. Accordingly, an evidentiary hearing is needed to address the issues raised by this preliminary motion. Once the evidentiary hearing is complete, the undersigned requests the opportunity to perfect this motion.

Therefore, for the foregoing reasons, as well as reasons that will be particularized after the Court conducts the requisite evidentiary hearing, this Court should suppress the evidence and fruits that flowed from the unconstitutional activity described herein. <u>See</u> <u>Wong Son v. United States</u>, 371 U.S. 471 (1963).

Dated: This 14th day of December, 2015.

                        Respectfully submitted,

                        */s/ W. Carl Lietz III*
                        W. CARL LIETZ III
                        GEORGIA STATE BAR NO. 452080
                        ATTORNEY FOR TASHAWNA DENISE STOKES, M.D.

Kish & Lietz, P.C.
225 Peachtree Street, N.E.
1700 South Tower
Atlanta, GA 30303
404-588-3991; Fax 404-588-3995
carl@law-kl.com

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served a copy of the foregoing filing into this District's ECF System, which will automatically forward a copy to counsel of record in this matter.

Dated: This 14th day of December, 2015.

<u>*/s/ W. Carl Lietz III*</u>
W. CARL LIETZ III
GEORGIA STATE BAR NO. 452080
ATTORNEY FOR TASHAWNA DENISE STOKES, M.D.

Kish & Lietz, P.C.
225 Peachtree Street, N.E.
1700 South Tower
Atlanta, GA 30303
404-588-3991; Fax 404-588-3995
carl@law-kl.com