IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TASHAWNA DENISE STOKES, M.D.,<br><br>    Defendant. | CRIMINAL FILE NO.<br>1:14-CR-290-2-TWT |

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation of the Magistrate Judge [Doc. 176] recommending denying the Defendant Dr. TaShawna Stokes' Motion to Sever [Doc. 160]. The Defendant and the Defendant Dr. Oscar Jameson Stokes are married, and are accused of conspiring to illegally distribute controlled substances through Innovative Pain Management Clinic. Dr. TaShawna Stokes seeks a severance from the trial of her husband so that he may give exculpatory testimony in her favor. The thorough and well-reasoned Report and Recommendation of the Magistrate Judge correctly sets out the facts of the case and correctly applies the relevant Eleventh Circuit law. The Defendant cannot show a bona fide need for her husband's testimony as to when she worked at the clinic or that all of his testimony is actually exculpatory. The absence of her husband's proposed

testimony would not cause her undue prejudice. In addition, judicial economy weighs heavily against severance. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant Dr. TaShawna Stokes' Motion to Sever [Doc. 160] is DENIED.

SO ORDERED, this 9 day of May, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge